SaraEllen Hutchison (WSBA # 36137)
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
539 Broadway
Tacoma, WA 98402
Telephone:   206-529-5195
Facsimile:    253-302-8486
Email: saraellen@saraellenhutchison.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ANGELA FELDMANN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>LAKEVIEW LOAN SERVICING, LLC, a Delaware Limited Liability Company, and LOANCARE, LLC, a Virginia Limited Liability Company,<br><br>　　　　　　　Defendants. | NO.  2:20-cv-00580-MJP<br><br>AMENDED ORDER SETTING TRIAL DATE & RELATED DATES |

## ORDER

The Court has reviewed the parties' Stipulated Motion for Modification of Deadlines. The Stipulated Motion is GRANTED and the Order Setting Trial Date & Related Dates is amended as follows:

The deadline for reports from expert witnesses under FRCP 26(a)(2) is modified from November 23, 2020 to December 21, 2020;

The filing deadline for all motions related to discovery is modified from December 23, 2020 to January 21, 2021;

[PROPOSED] AMENDED ORDER SETTING TRIAL DATE & RELATED DATES 2:20-cv-580-MJP

1

Law Office of SaraEllen Hutchison, PLLC
539 Broadway | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com

The discovery completion deadline is modified from January 22, 2021 to February 19, 2021;

The filing deadline for dispositive motions is modified from February 22, 2021 to March 18, 2021.

All other portions of the Order Setting Trial Date & Related Dates (Dkt. 11) remain in full force and effect.

Dated this 19th day of November, 2020

_____
Honorable Marsha J. Pechman
United States District Judge

Presented by:

S//SaraEllen Hutchison
SaraEllen Hutchison (WSBA #36137)
539 Broadway
Tacoma, WA 98402
Telephone:    206-529-5195
Facsimile:    253-302-8486
Email:        saraellen@saraellenhutchison.com

*Attorney for Plaintiff*


/s/ Joseph Ward McIntosh
Joseph Ward McIntosh, WSBA #39470
Attorney for Defendants
m. 108 1st Ave S, Ste 300 Seattle, WA 98104
d. 206-596-4842| c. 206-399-5034

*Attorney for Defendants*

[PROPOSED] AMENDED ORDER SETTING TRIAL DATE & RELATED DATES 2:20-cv-580-MJP

2

Law Office of SaraEllen Hutchison, PLLC
539 Broadway | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on the 19th day of November, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered CM/ECF participants in this case.

Dated this 19th day of November, 2020, at Tacoma, Washington.

S//SaraEllen Hutchison
SaraEllen Hutchison

[PROPOSED] AMENDED ORDER SETTING TRIAL DATE & RELATED DATES 2:20-cv-580-MJP

3

Law Office of SaraEllen Hutchison, PLLC
539 Broadway | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com