UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELA FELDMANN, | CASE NO. C20-580 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| LAKEVIEW LOAN SERVICING LLC, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Defendants filed a Motion for Reconsideration. (Dkt. No. 25.) The Court requests that Plaintiff file a response to the Motion of no more than 5 pages that shall be due by no later than May 19, 2021. No reply from Defendants shall be filed unless expressly requested by the Court.

\\

\\

\\

1    The clerk is ordered to provide copies of this order to all counsel.

2    Filed May 12, 2021.

<pre>
                                    William M. McCool
                                    Clerk of Court

                                    s/Paula McNabb
                                    Deputy Clerk
</pre>